IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01038-BNB

KAREN SLATT,

    Plaintiff,

v.

MICHAEL O. LEAVITT, Secretary of Health and Human Services, and
MUTUAL OF OMAHA,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. The case, therefore, will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED May 22, 2008, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01038-BNB

Lance E. McKinley, Attorney at Law
R. Eric Solem, Attorney at Law
Solem, Mack & Steinhoff, P.C.
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/22/08

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                    Deputy Clerk