IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1038-AP**

**KAREN SLATT,**

        Plaintiff,

v.

**MICHAEL O LEAVITT, as Secretary of Health and Human Services, and MUTUAL OF OMAHA INSURANCE COMPANY,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion to Amend Caption and Reissue Summons (doc. #7), filed June 10, 2008, is **GRANTED**. The caption is amended as reflected above, and a corrected summons, (submitted as doc. #8) shall be re-issued.

Dated: June 11, 2008